UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**This cover sheet should be sent to ONE of the following addresses AFTER converting to a PDF document:**

| | |
|---|---|
| Kansas City | kcgen@mow.uscourts.gov |
| Jefferson City | jcgen@mow.uscourts.gov |
| Springfield | spfdgen@mow.uscourts.gov |

**Plaintiff(s):** Margaret Kennedy ; Ron Tussey ; Charles Fisher ; Timothy Herndron ; Timothy Pinnell

**Defendant(s):** ABB, Inc. ; John W. Cutler Jr. ; Pension Review Committe of ABB, Inc. ; Pension & Thrift Management Group of ABB, Inc. ; Employee Benefits Committee of ABB, Inc. ; Fidelity Management Trust Company ; Fidelity Management & Research Company

County of Residence: Cole

County of Residence: Cole

Plaintiff's Atty(s):

Defendant's Atty(s):

**Daniel V. Conlisk**
Schlicher Bogard & Denton
100 South 4th Street, Ste 900
St. Louis, Missouri 63102
314-621-6115

**Jerome J. Schlichter**
Schlicher Bogard & Denton
100 South 4th Street, Ste 900
St. Louis, Missouri 63102
314-621-6115

**Heather Lea**
Schlicher Bogard & Denton
100 South 4th Street, Ste 900
St. Louis, Missouri 63102
314-621-6115

Case 2:06-cv-04305-NKL   Document 1-1   Filed 12/29/06   Page 1 of 2

II. Basis of Jurisdiction:         **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
              Plaintiff:- **N/A**
          Defendant:- **N/A**

IV. Origin :                       **1. Original Proceeding**

V. Nature of Suit:                 **791 E.R.I.S.A**

VI. Cause of Action:               **Breach of Fiduciary Duty under 29 U.S.C. §1001 et seq.**

VII. Requested in Complaint
            Class Action:
         Dollar Demand:
           Jury Demand: **Yes**

**Signature:  /s/ Daniel V. Conlisk**

   **Date:  12-29-2006**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**                **Revised: 05/09/06**