UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARGARET KENNEDY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABB, INC., et al., <br><br> Defendants. | CIVIL ACTION <br> No. 06-CV-04305 <br><br> (Judge Nanette K. Laughrey) |

**FIDELITY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR BREACH OF FIDUCIARY DUTY**

Defendants Fidelity Management & Research Company ("FMRCo") and Fidelity Management Trust Company ("FMTC") (collectively the "Fidelity Defendants") respectfully move this Court for an order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiffs' Complaint for Breach of Fiduciary Duty for the reasons set forth in the accompanying Suggestions in Support of Fidelity Defendants' Motion to Dismiss Plaintiffs' Complaint for Breach of Fiduciary Duty and granting such other and further relief as the Court deems just and proper.

1

Dated: April 6, 2007	Respectfully submitted,

                          BY: __/s/ Richard N. Bien_____

                          Richard N. Bien, #31398
                          Adam B. Walker, #56299
                          LATHROP & GAGE L.C.
                          2345 Grand Boulevard, Suite 2800
                          Kansas City, Missouri 64108-2684
                          Telephone: (816) 292-2000
                          Facsimile: (816) 292-2001

                          Robert N. Eccles
                          Brian D. Boyle
                          Shannon M. Barrett
                          Stephen D. Brody
                          O'MELVENY & MYERS LLP
                          1625 Eye Street, N.W.
                          Washington, D.C. 20006
                          Telephone:  (202) 383-5300
                          Facsimile:   (202) 383-5414

                          *Counsel for Defendants Fidelity Management*
                          *Trust Company and Fidelity Management &*
                          *Research Company*

2

Case 2:06-cv-04305-NKL   Document 46   Filed 04/06/07   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Jerome J. Schlichter<br>Daniel V. Conlisk<br>Heather Lea<br>Schlicter, Bogard & Denton<br>100 South 4th Street, Suite 900<br>St. Louis, MO  63102<br><br>**Attorneys for Plaintiffs** | Brian T. Ortelere<br>William J. Delany<br>Catherine A. Cugell<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19101-2921<br><br>**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.** |
| Thomas E. Wack<br>Jeffrey S. Russell<br>Bryan Cave LLP<br>211 North Broadway, Suite 3600<br>St. Louis, MO  63102<br><br>**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.** | |

/s/ Adam B. Walker