IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARGARET KENNEDY, et al., <br>          Plaintiffs, <br><br> v. <br><br> ABB INC., et al., <br>          Defendants. | CIVIL ACTION <br> NO. 06-cv-04305 <br><br> (JUDGE NANETTE K. LAUGHREY) |

## ABB DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

   Defendants ABB Inc., John W. Cutler, Jr., the Pension Review Committee of ABB Inc., the Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc. (collectively, "ABB"), by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move the Court to dismiss this action against them. As set forth in the accompanying Suggestions of Law in support of ABB Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, immediate dismissal of this lawsuit is warranted pursuant to 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that Plaintiffs do not, and indeed cannot, allege that the fees and expenses charged to ABB's 401(k) retirement savings Plans were inadequately disclosed to the Plaintiffs and the Plans' participants. The failure in pleading, in turn, requires dismissal of the entirety of the lawsuit under ERISA section 404(c), 29 U.S.C. § 1104(c).

A Proposed Order has been submitted to the Court via electronic case filing procedures.

Respectfully submitted,

/s/ William J. Delany
Thomas E. Wack
Jeffrey S. Russell
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
twack@bryancave.com
jrussell@bryancave.com

Brian T. Ortelere
William J. Delany
Catherine A. Cugell
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
bortelere@morganlewis.com
wdelany@morganlewis.com
ccugell@morganlewis.com
*admitted pro hac vice*

Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.

Dated: August 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Jerome J. Schlichter
Daniel V. Conlisk
Heather Lea
Mark G. Boyko
Schlichter, Bogard & Denton LLP
100 South 4th Street, Suite 900
St. Louis, MO 63102
**Attorneys for Plaintiffs**

Richard N. Bien
Adam B. Walker
Lathrop & Gage, L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108
**Attorneys for Defendants Fidelity Management Trust Company and Fidelity Management & Research Company**

Bob Eccles
O'Melveny & Myers LLP
1625 I Street, NW
Washington, DC 20006
**Attorney for Fidelity Management & Research Company**

/s/ William J. Delany