UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARGARET KENNEDY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABB, INC., et al., <br><br> Defendants. | CIVIL ACTION <br> No. 06-CV-04305 <br><br> (Judge Nanette K. Laughrey) |

**FIDELITY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR BREACH OF FIDUCIARY DUTY**

Defendants Fidelity Management & Research Company ("FMRCo") and Fidelity Management Trust Company ("FMTC") (collectively the "Fidelity Defendants") respectfully move this Court for an order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiffs' Amended Complaint for Breach of Fiduciary Duty for the reasons set forth in the accompanying Suggestions in Support of Fidelity Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Breach of Fiduciary Duty and granting such other and further relief as the Court deems just and proper.

1

Dated: August 3, 2007                    Respectfully submitted,


                                        BY:   /s/ Shannon M. Barrett

                                        Richard N. Bien, #31398
                                        Adam B. Walker, #56299
                                        LATHROP & GAGE L.C.
                                        2345 Grand Boulevard, Suite 2800
                                        Kansas City, Missouri 64108-2684
                                        Telephone: (816) 292-2000
                                        Facsimile: (816) 292-2001

                                        Robert N. Eccles
                                        Brian D. Boyle
                                        Shannon M. Barrett
                                        Stephen D. Brody
                                        O'MELVENY & MYERS LLP
                                        1625 Eye Street, N.W.
                                        Washington, D.C. 20006
                                        Telephone:  (202) 383-5300
                                        Facsimile:   (202) 383-5414

                                        *Counsel for Defendants Fidelity Management
                                        Trust Company and Fidelity Management &
                                        Research Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Jerome J. Schlichter<br>Daniel V. Conlisk<br>Heather Lea<br>Schlicter, Bogard & Denton<br>100 South 4th Street, Suite 900<br>St. Louis, MO 63102<br><br>**Attorneys for Plaintiffs** | Brian T. Ortelere<br>William J. Delany<br>Catherine A. Cugell<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19101-2921<br><br>**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.** |
| Thomas E. Wack<br>Jeffrey S. Russell<br>Bryan Cave LLP<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br><br>**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.** | |

/s/ Shannon M. Barrett
_____