UNITED STATES DISTRICT COURT DISTRICT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Margaret Kennedy, Ron Tussey, and Charles Fisher, as representatives of a class of similarly situated persons, and **on behalf of the PRISM Plan for Represented Employees of ABB, Inc.** and Timothy Herndron and Timothy Pinnell as representatives of a class of similarly situated persons, and **on behalf of the PRISM Plan for Employees of ABB, Inc.**,<br><br>        Plaintiffs;<br><br>v.<br><br>ABB, Inc., John W. Cutler, Jr., Pension Review Committee of ABB, Inc., Pension & Thrift Management Group of ABB, Inc. Employee Benefits Committee of ABB, Inc., Fidelity Management Trust Company, and Fidelity Management & Research Company,<br><br>        Defendants. | No: 2:06-CV-04305 NKL |

## NOTICE OF WITHDRAWAL

Comes now Elizabeth J. Hubertz and gives notice of her withdrawal as co-counsel of record for Plaintiffs in the above-captioned case, as Ms. Hubertz has left the law firm of Schlichter, Bogard & Denton, effective December 14, 2007. Plaintiffs will continue to be represented by Jerome J. Schlichter, Daniel V. Conlisk, Troy A. Doles, Heather Lea, Mark Boyko, and the firm of Schlichter, Bogard & Denton.

Dated: December 14, 2007                    Respectfully Submitted,


                              SCHLICHTER, BOGARD & DENTON


                              By:   /s/ Elizabeth J. Hubertz
                                  Elizabeth J. Hubertz (admitted *pro hac vice*)
                                  Jerome J. Schlichter, 32225
                                  Daniel V. Conlisk, 36544
                                  Troy A. Doles
                                  Heather Lea, 49872
                                  100 S. Fourth St., Suite 900
                                  St. Louis, Missouri 63102
                                  (314) 621-6115
                                  (314) 621-7151 (Fax)
                                  dconlisk@uselaws.com
                                  hlea@uselaws.com

                                  ATTORNEYS FOR PLAINTIFFS/
                                  CLASS REPRESENTATIVES Ron Tussey,
                                  Charles Fisher, Timothy Herndron, and
                                  Timothy Pinnell


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed on this 14th day of December and will be delivered electronically by the CM/ECF system to the following:

Thomas Wack
Jeffrey S. Russell
Bryan Cave, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Attorneys for Defendants


                                   /s/ Elizabeth J. Hubertz
                                    Elizabeth J. Hubertz