UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

RONALD TUSSEY, et al.,

                Plaintiffs,

v.

ABB, INC., et al.,

                Defendants.

CIVIL ACTION
No. 06-CV-04305

(Judge Nanette K. Laughrey)

## NOTICE OF WITHDRAWL OF APPEARANCE OF ANDREW TRASK

Defendants Fidelity Management Trust Company and Fidelity Management &

Research Company, by and through their undersigned counsel, hereby notice the

withdrawal of attorney Andrew Trask as co-counsel, effective immediately.

Dated: March 28, 2008

Respectfully submitted,

/s/ Stephen D. Brody

Richard N. Bien
Adam B. Walker
Lathrop & Gage, L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108

Robert N. Eccles
Brian D. Boyle
Stephen D. Brody
Shannon Barrett
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
*Admitted pro hac vice*

*Attorneys for Defendants Fidelity
Management Trust Company and Fidelity
Management & Research Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2008, the foregoing was filed and

service made by the Court's Electronic Case Filing (ECF) system to:

| | |
|---|---|
| Jerome J. Schlichter<br>Daniel V. Conlisk<br>Heather Lea<br>Schlicter, Bogard & Denton<br>100 South 4th Street, Suite 900<br>St. Louis, MO 63102<br><br>**Attorneys for Plaintiffs** | Brian T. Ortelere<br>William J. Delany<br>Catherine A. Cugell<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19101-2921<br><br>**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.** |
| Thomas E. Wack<br>Jeffrey S. Russell<br>Bryan Cave LLP<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br><br>**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.** | |

/s/ Stephen D. Brody_____

2