UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RONALD TUSSEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ABB, INC., et al.,<br><br>    Defendants. | CIVIL ACTION<br>No. 06-CV-04305<br><br>(Judge Nanette K. Laughrey) |

### NOTICE OF WITHDRAWL OF APPEARANCE OF BARRY H. GOLDSTEIN

Defendants Fidelity Management Trust Company and Fidelity Management & Research Company, by and through their undersigned counsel, hereby notice the withdrawal of attorney Barry H. Goldstein as co-counsel, effective immediately.

Dated: March 2, 2009

Respectfully submitted,

/s/ Stephen D. Brody

Richard N. Bien
Adam B. Walker
Lathrop & Gage, L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108

Robert N. Eccles
Brian D. Boyle
Stephen D. Brody
Shannon Barrett
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
*Admitted pro hac vice*

*Attorneys for Defendants Fidelity Management Trust Company and Fidelity Management & Research Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2009, the foregoing was filed and service made by the Court's Electronic Case Filing (ECF) system to:

| | |
|---|---|
| Jerome J. Schlichter<br>Daniel V. Conlisk<br>Heather Lea<br>Schlicter, Bogard & Denton<br>100 South 4th Street, Suite 900<br>St. Louis, MO 63102<br><br>**Attorneys for Plaintiffs** | Brian T. Ortelere<br>William J. Delany<br>Catherine A. Cugell<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19101-2921<br><br>**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.** |
| Thomas E. Wack<br>Jeffrey S. Russell<br>Bryan Cave LLP<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br><br>**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.** | |

/s/ Stephen D. Brody