| | | |
|---|---|---|
| Charles Fisher as representative of a class of similarly situated persons, and and **on behalf of the PRISM Plan for Represented Employees of ABB, Inc.** and Ronald Tussey, Timothy Hendron and Timothy Pinnell as representatives of a class of similarly situated persons, and **on behalf of the PRISM Plan for Employees of ABB, Inc.**, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs; | ) ) | |
| v. | ) ) | Cause No: 2:06-CV-04305 NKL |
| ABB, Inc., John W. Cutler, Jr., Pension Review Committee of ABB, Inc., Pension & Thrift Management Group of ABB, Inc. Employee Benefits Committee of ABB, Inc., Fidelity Management Trust Company, and Fidelity Management & Research Co. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT RESPONSE TO ORDER OF MAY 21, 2009

The parties in accordance with the Order of May 21, 2009 (Doc. 377) state that the following motions are pending before the Court:

Plaintiffs' Motions Pending:

| | **Plaintiffs' Motions Filed** | **ECF #** |
|---|---|---|
| **Motion** | **Plaintiffs' Motion for Partial Summary Judgment** | **257** |
| | Suggestions of Law in Support of Plaintiffs' Motion for Summary Judgment | 258 |
| Related Filings | ABB Defendants' Suggestions of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment | 314 |

1

|  | **Plaintiffs' Motions Filed** | ECF # |
|---|---|---|
|  | Fidelity Defendants' Suggestions in Opposition to Plaintiffs' Motion for Summary Judgment | 321 |
|  | Plaintiffs' Reply Suggestions of Law in Response to Fidelity Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | 337 |
|  | Plaintiffs' Reply Suggestions of Law in Response to ABB Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment | 338 |
| Motion | **Plaintiffs' Motion to Strike Defendants' Untimely Disclosures** | **299** |
| Related Filings | Fidelity's Suggestions of Law in Opposition to Plaintiffs' Motion to Strike Allegedly Untimely Disclosures | 330 |
|  | ABB Defendants' Suggestions of Law in Opposition to Plaintiffs' Suggestions of Law in Support of Their Motion to Strike | 331 |
|  | Plaintiffs' Reply in Support Plaintiffs' Motion to Strike | 366 |
|  | Fidelity's Surreply Suggestions of Law in Opposition to Plaintiffs' Motion to Strike Allegedly Untimely Disclosures | 370 |
| Motion | **Plaintiffs' Motion to Strike Fidelity Defendants' Reply Brief** | **364** |
|  | Plaintiffs' Suggestions of Law in Support of Their Motion to Strike | 365 |
| Related Filings | Fidelity Defendants' Suggestions in Opposition to Plaintiffs' Motion to Strike Fidelity Defendants' Reply Brief | 371 |

ABB Defendants' Filings:

|  | **ABB Motion Filed** | ECF # |
|---|---|---|
| Motion | **Motion to Strike Expert Reports and Testimony of David J. Witz** | 272 |
| related filings | ABB's Suggestions of Law in Support of Motion to Strike Expert Reports and Testimony of David J. Witz | 273 |
|  | Plaintiffs' Suggestions of Law in Opposition to Motion to Strike Expert Reports and Testimony of David J. Witz | 306 |
|  | Reply Suggestions of Law in Support of Motion to Preclude Plaintiffs' Expert Witness David J. Witz from Testifying at Trial, filed on behalf of Fidelity and ABB Defendants | 344 |

2

|  | **ABB Motion Filed** | ECF # |
|---|---|---|
|  |  |  |
| Motion | **Motion to Strike Expert Reports and Testimony of Paul Kampner** | 274 |
| related filings | ABB's Suggestions of Law in Support of Motion to Strike Expert Reports and Testimony of Paul Kampner | 275 |
|  | Plaintiffs' Suggestions of Law in Opposition to Motion to Strike Expert Reports and Testimony of Paul Kampner | 302 |
|  | Reply Suggestions of Law in Support of Motion to Preclude Plaintiffs' Expert Witness Paul Kampner from Testifying at Trial, filed on behalf of Fidelity and ABB Defendants | 353 |
|  |  |  |
| Motion | **Motion to Strike Expert Reports and Testimony of Albert Otto** | 276 |
| related filings | ABB's Suggestions of Law in Support of Motion to Strike Expert Reports and Testimony of Albert Otto | 277 |
|  | Plaintiffs' Suggestions of Law in Opposition to Motion to Strike Expert Reports and Testimony of Albert Otto | 305 |
|  | Reply Suggestions of Law in Support of Motion to Preclude Plaintiffs' Expert Witness Albert Otto from Testifying at Trial, filed on behalf of Fidelity and ABB Defendants | 341 |
|  |  |  |
| Motion | **Motion to Join Fidelity's Motion to Exclude Expert Ross M. Miller from Testifying at Trial (*unopposed*)** | 278 |
| related filings | Fidelity's Motion to Exclude Plaintiff's Expert Ross M. Miller from Testifying at Trial | 262 |
|  | Fidelity's Suggestions of Law in Support of Motion to Exclude Plaintiff's Expert Ross M. Miller from Testifying at Trial | 263 |
|  | ABB's Motion to Join Fidelity's Reply Suggestions in Support of Motion to Exclude Plaintiff's Expert Ross M. Miller from Testifying at Trial (*unopposed*) | 340 |
|  | Fidelity's Reply Suggestions Motion to Exclude Plaintiff's Expert Ross M. Miller from Testifying at Trial | 346 |
|  |  |  |
| Motion | **Motion to Join Fidelity's Motion to Exclude Expert Edward O'Neal from Testifying at Trial (*unopposed*)** | 279 |
| related filings | Fidelity's Motion to Exclude Expert Edward O'Neal from Testifying at Trial | 260 |
|  | Fidelity's Suggestions of Law in Support of Motion to Exclude Expert Edward O'Neal | 261 |
|  | ABB's Motion to Join Fidelity's Reply Suggestions in Support of Motion to Exclude Expert Edward O'Neal (*unopposed*) | 342 |
|  | Fidelity's Reply Suggestions Motion to Exclude Expert Edward O'Neal from Testifying at Trial | 355 |
|  |  |  |
| Motion | **Motion to Strike the Expert Reports and Testimony of Steve Pomerantz, Ph.D.** | 280 |

| | ABB Motion Filed | ECF # |
|---|---|---|
| related filings | ABB's Suggestions of Law in Support of Motion to Strike the Expert Reports and Testimony of Steve Pomerantz, Ph.D. | 281 |
| | Plaintiffs' Suggestions of Law in Opposition to Motion to Strike the Expert Reports and Testimony of Steve Pomerantz, Ph.D. | 300 |
| | ABB's Reply Suggestions of Law in Support of Motion to Strike the Expert Reports and Testimony of Steve Pomerantz, Ph.D. | 343 |
| | | |
| Motion | **Motion for Summary Judgment** | 284 |
| related filings | ABB's Suggestions of Law in Support of Motion for Summary Judgment | 285 |
| | Affidavit of Jack Cutler in Support of Motion for Summary Judgment | 286 |
| | Affidavit of Catherine Cugell in Support of Motion for Summary Judgment | 287 |
| | Affidavit of Carol Story in Support of Motion for Summary Judgment | 288 |
| | Affidavit of Laura Hughes in Support of Motion for Summary Judgment (with exhibits) | 289 |
| | Supplemental Table of Contents and Table of Authorities | 290 |
| | Certificate of Service | 291 |
| | Plaintiffs' Suggestions of Law in Opposition to Motion for Summary Judgment | 307 |
| | Notice of Plaintiffs' Appendices of Exhibits | 309 |
| | Notice of Plaintiffs' Appendices of Exhibits | 310 |
| | Notice of Plaintiffs' Appendices of Exhibits | 311 |
| | Notice of Plaintiffs' Appendices of Exhibits | 312 |
| | Notice of Plaintiffs' Appendices of Exhibits | 313 |
| | ABB's Reply Suggestions of Law in Support of Motion for Summary Judgment (with Attachments: Declaration of Jeffrey Sturgeon and Exhibits) | 339 |
| | Plaintiffs' Notice of Supplemental Authority | 332 |
| | ABB's Response to Plaintiffs' Notice of Supplemental Authority re: Gallus | 380 |
| | | |
| Motion | **Motion to Strike Plaintiffs' Suggestions of Law in Opposition to Motion for Summary Judgment and to Deem Facts in ABB's Motion for Summary Judgment Admitted** | 347 |
| related filings | ABB's Suggestions of Law in Support of Motion to Strike Plaintiffs' Suggestions of Law in Opposition to Motion for Summary Judgment and to Deem Facts in ABB's Motion for Summary Judgment Admitted | 350 |
| | Plaintiffs' Suggestions of Law in Opposition to Motion for Summary Judgment | 307 |
| | ABB's Suggestions of Law in Support of Motion for Summary Judgment | 285 |
| | Plaintiffs' Combined Suggestions of Law in Opposition to Fidelity Defendants' and ABB Defendants' Motions to Deem Admitted | 372 |

|  | **ABB Motion Filed** | ECF # |
|---|---|---|
| **Motion** | **Motion to Amend/Correct Suggestions (with Attached Errata)** | 376 |
| related filings | ABB's Suggestions of Law in Support of Motion to Strike Witz | 273 |
|  | ABB's Suggestions of Law in Support of Motion to Strike Otto | 277 |
|  | ABB's Suggestions of Law in Support of Motion to Strike Pomerantz | 281 |
|  | ABB's Suggestions of Law in Support of Motion for Summary Judgment | 285 |
|  | ABB's Suggestions of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment | 314 |
|  | ABB's Reply Suggestions of Law in Support of Motion for Summary Judgment (with Attachments: Declaration of Jeffrey Sturgeon and Exhibits) | 339 |
|  | ABB's Reply Suggestions of Law in Support of Motion to Strike Pomerantz | 343 |
|  | ABB's Suggestions of Law in Support of Motion to Strike and Deem Admitted Facts | 350 |
|  |  |  |

Fidelity Defendants' Filings:

|  | **Fidelity Defendants' Motion Filed** | ECF# |
|---|---|---|
| **Motion** | **Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Edward S. O'Neal from Testifying at Trial** | 260 |
| related filings | Suggestions of Law in Support of the Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Edward S. O'Neal from Testifying at Trial | 261 |
|  | Plaintiffs' Response to Fidelity's Motion to Exclude Plaintiffs' Expert Edward O'Neal from Testifying at Trial | 304 |
|  | Reply Suggestions of Law in Support of the Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Edward S. O'Neal from Testifying at Trial | 355 |
|  |  |  |
| **Motion** | **Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Ross M. Miller from Testifying at Trial** | 262 |
| related filings | Suggestions of Law in Support of the Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Ross M. Miller from Testifying at Trial | 263 |
|  | Plaintiffs' Response to ABB and Fidelity's Motion to Exclude Plaintiffs' Expert Ross Miller | 303 |
|  | Reply Suggestions of Law in Support of the Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Ross M. Miller from Testifying at Trial | 346 |

|  | **Fidelity Defendants' Motion Filed** | ECF# |
|---|---|---|
|  |  |  |
| Motion | **Fidelity Defendants' Motion to Exclude Improper Testimony of David J. Witz** | 264 |
| related filings | Suggestions of Law in Support of the Fidelity Defendants' Motion to Exclude Improper Testimony of David J. Witz | 265 |
|  | Plaintiffs' Opposition to ABB and Fidelity Defendants' Motion to Preclude David Witz | 306 |
|  | Joint Reply Suggestions of Law in Support of Defendants' Motions to Exclude Testimony of David J. Witz | 344 |
|  |  |  |
| Motion | **Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Paul Kampner from Testifying at Trial** | 266 |
| related filings | Suggestions of Law in Support of the Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Paul Kampner from Testifying at Trial | 267 |
|  | Plaintiffs' Response to ABB and Fidelity's Motion to Exclude Plaintiffs' Expert Paul Kampner | 302 |
|  | Joint Reply Suggestions of Law in Support of Defendants' Motion to Preclude Plaintiffs' Expert Paul Kampner from Testifying at Trial | 353 |
|  |  |  |
| Motion | **Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Albert J. Otto from Testifying at Trial** | 268 |
| related filings | Suggestions of Law in Support of the Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Albert J. Otto from Testifying at Trial | 269 |
|  | Plaintiffs' Opposition to ABB and Fidelity Defendants' Motion to Preclude Albert Otto | 305 |
|  | Joint Reply Suggestions of Law in Support of Defendants' Motions to Preclude Plaintiffs' Expert Albert J. Otto from Testifying at Trial | 341 |
|  |  |  |
| Motion | **Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Steve Pomerantz from Testifying at Trial** | 270 |
| related filings | Suggestions of Law in Support of the Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Steve Pomerantz from Testifying at Trial | 271 |
|  | Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Expert Steve Pomerantz | 300 |
|  | Reply Suggestions of Law in Support of the Fidelity Defendants' Motion to Preclude Plaintiffs' Expert Steve Pomerantz from Testifying at Trial | 351 |
|  |  |  |
| Motion | **Fidelity Defendants' Motion for Summary Judgment** | 282 |
| related filings | Suggestions of Law in Support of Fidelity Defendants' Motion for Summary Judgment | 283 |
|  | Plaintiffs' Suggestions in Opposition to Fidelity Defendants' Motion for Summary Judgment | 308 |
|  | Plaintiffs' Notice of Supplemental Authority in Support of Their Suggestions in Opposition to Defendants' Motions for Summary | 332 |

|  | **Fidelity Defendants' Motion Filed** | ECF# |
|---|---|---|
|  | Judgment |  |
|  | Reply Suggestions in Further Support of Fidelity Defendants' Motion for Summary Judgment | 354 |
|  | Fidelity Defendants' Response to Notice of Supplemental Authority Regarding *Gallus v. Ameriprise Financial* | 374 |
|  |  |  |
| Motion | **Fidelity Defendants' Motion to Deem Admitted Facts Contained in Their Motion for Summary Judgment** | 348 |
| related filings | Fidelity Defendants' Suggestions of Law in Support of Motion to Deem Admitted Facts Contained in Fidelity Defendants' Motion for Summary Judgment | 349 |
|  | Combined Opposition to Fidelity Defendants' and ABB Defendants' Motions to Deem Admitted | 372 |
|  | Reply due May 29, 2009 |  |
|  |  |  |
| Motion | **Fidelity's Motion to Correct Fidelity Suggestions in Support of Motion for Summary Judgment, Suggestions in Opposition to Plaintiffs' Motion for Partial Summary Judgment and Reply Suggestions in Support of Motion for Summary Judgment and Suggestions in Support** | 373 |
|  | Response due June 1, 2009 |  |
|  |  |  |
| Motion | **Fidelity Defendants' Motion to Correct Fidelity's Daubert Suggestions and Suggestions in Support** | 381 |
|  | Response due June 5, 2009 |  |
|  |  |  |

Third Party Filings:

|  | **Filings by Third Parties** | ECF # |
|---|---|---|
| **Motion** | **Motion to Intervene and to Challenge Confidentiality Designations, and Suggestions in Support (Filed by International Paper)** | **296** |
| Related Filings | Fidelity Defendants' Response to International Paper's Motion to Intervene and Challenge Confidentiality Designations | 301 |
|  | Plaintiffs' Response to International Paper's Motion to Intervene and Challenge Confidentiality Designations | 327 |
|  | Fidelity Defendants' Response to Plaintiffs' Response to International Paper's Motion to Intervene | 367 |
|  | International Paper's Reply Suggestions in Support of Motion to Intervene and to Challenge Confidentiality Designations | 362 |

7

| | Filings by Third Parties | ECF # |
|---|---|---|
| Motion | Albert J. Otto's Motion to Intervene and Respond to International Paper's Motion to Intervene and Challenge Confidentiality Designations | 325 |
| Related Filings | Plaintiffs' Response to Albert Otto's Motion to Intervene and Respond to International Paper's Motion to Intervene and Challenge Confidentiality Designations | 363 |

Respectfully Submitted,

SCHLICHTER, BOGARD & DENTON                    O'MELVENY & MYERS, LLP

By: \s\ Troy A. Doles                                         By: \s\ Brian Boyle (with consent)
Jerome J. Schlichter                                                Brian Boyle
Daniel V. Conlisk                                                    Stephen D. Brody
Heather Lea                                                          Shannon Barrett
Troy A. Doles                                                        1625 Eye Street, NW
100 S. Fourth Street, Suite 900                                      Washington, DC 20006
St. Louis, Missouri 63102                                            (202) 383-5300
(314) 621-6115                                                       (202) 383-5414 (fax)
(314) 621-7151 (Fax)

CLASS COUNSEL AND ATTORNEYS                    COUNSEL FOR FIDELITY
FOR PLAINTIFFS/CLASS                           MANAGEMENT TRUST COMPANY
REPRESENTATIVES Ron Tussey,                    & FIDELITY MANAGEMENT &
Charles Fisher, Timothy Herndron, and          RESEARCH COMPANY
Timothy Pinnell


MORGAN, LEWIS & BOCKIUS LLP


/s/ William J. Delaney (with consent)
Brian T. Ortelere
William J. Delaney
Azeez Hayne
Jeffrey Sturgeon
Catherine A. Cugell
1701 Market Street
Philadelphia, PA  19103
(215) 963-5150
(215) 963-5001 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed on this 22nd day of May, 2009 and will be delivered electronically by the CM/ECF system to the following:

Thomas Wack
Lisa Demet Martin
Jeffrey S. Russell
Bryan Cave, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102

Brian T. Ortelere
William J. Delaney
Catherine A. Cugell
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Adam B. Walker
Richard Bien
Lathrop & Gage, L.C.
2345 Grand Boulevard, Ste. 2800
Kansas City, MO 64108

Bob Eccles
Stephen D. Brody
Shannon Barrett
Brian Boyle
O'Melveny & Myers, LLP
1625 I Street, NW
Washington, DC 20006

James S. Dittmar
James O. Fleckner
Goodwin Procter
53 State Street
Exchange Place
Boston, MA 02109

Jerome J. Schlichter
Daniel V. Conlisk
Heather Lea
Troy Doles
Schlichter Bogard & Denton
100 S. 4th Street, Ste. 900
St. Louis, MO 63102

/s/ Troy A. Doles