IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| RONALD C. TUSSEY, et al., | : | |
| Plaintiffs, | : | Case No. 06-cv-04305 (NKL) |
| v. | : | |
| ABB, INC., et al., | : | |
| Defendants. | : | |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants jointly oppose plaintiffs' motion for leave to submit argument in response to the additional authorities Defendants noted in Dkt. Nos. 428 and 429. (Dkt. No. 434.) Defendants heeded the Court's admonition not to submit additional argument respecting summary judgment and other pending motions, and therefore simply directed the Court to the pages of their briefs to which the authorities pertain – and included no argument. Plaintiffs' proposed submission is pure argument and, in fact, simply reargues points from the summary judgment briefing that clearly transcend the supplemental authorities.

Under the circumstances, if the Court grants Plaintiffs leave to file their response, Defendants respectfully request that they be permitted an equal-length reply.

Respectfully submitted,

/s/ William J. Delany
Brian T. Ortelere
William J. Delany
Azeez Hayne
Jeffrey Sturgeon
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street

Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
*admitted pro hac vice*

Thomas E. Wack
Jeffrey S. Russell
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Tax: (314) 259-2020

*Attorneys for the ABB Defendant*

# CERTIFICATE OF SERVICE

I, William J. Delany, hereby certify that, on this 22nd day of October, 2009, true and correct copies of the Defendants' Opposition To Plaintiffs' Motion For Leave To File Response To Defendants' Notice Of Supplemental Authority was served upon the following by electronic filing with the Clerk of the U.S. District Court for the Western District of Missouri, and are available for viewing and downloading from the ECF system:

Jerome J. Schlichter
Daniel V. Conlisk
Heather Lea
Mark G. Boyko
Schlichter, Bogard & Denton LLP
100 South 4th Street, Suite 900
St. Louis, MO 63102

*Attorneys for Plaintiffs*

Richard N. Bien
Adam B. Walker
Lathrop & Gage, L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108

Bob Eccles
Stephen D. Brody
Brian Boyle
O'Melveny & Myers LLP
1625 I Street, NW
Washington, DC 20006

James S. Dittmar
James O. Fleckner
Goodwin Procter
53 State Street
Exchange Place
Boston, MA 02109

*Attorneys for the Fidelity Defendants*

/s/ William J. Delany

DB1/63838873.1