IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| **RONALD TUSSEY, et al.,** : | |
| : | CIVIL ACTION |
| Plaintiffs; : | NO. 06-cv-04305 |
| : | |
| : | (JUDGE NANETTE K. LAUGHREY) |
| v. : | |
| : | |
| **ABB Inc., et al.,** : | |
| : | |
| Defendants. : | |

### DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' DEPOSITION DESIGNATIONS AND REQUEST FOR A CONFERENCE WITH THE COURT

Defendants, ABB Inc., John W. Cutler, Jr., the Pension Review Committee of ABB Inc., the Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc. ("ABB Defendants") along with Defendants Fidelity Management & Research Company and Fidelity Management Trust Company ("Fidelity Defendants") (together "Defendants"), by the undersigned, hereby move to strike Plaintiffs' Deposition Designations and request a conference with the Court for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

/s/ William J. Delaney                              /s/ Brian D. Boyle
Brian T. Ortelere                                   Richard N. Bien
William J. Delany                                   Adam B. Walker
Azeez Hayne                                         LATHROP & GAGE, L.C.
Jeffrey Sturgeon                                    2345 Grand Blvd., Suite 2800
MORGAN, LEWIS & BOCKIUS LLP                         Kansas City, MO 64108
1701 Market Street
Philadelphia, PA 19103                              Robert N. Eccles
Tel: (215) 963-5000                                 Brian D. Boyle
Fax: (215) 963-5001                                 Stephen D. Brody

<div style="display: flex;">
<div>

*admitted pro hac vice*

Thomas E. Wack
Jeffrey S. Russell
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Tax: (314) 259-2020

*Attorneys for the ABB Defendants*

Dated: December 10, 2009

</div>
<div>

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
*admitted pro hac vice*

James S. Dittmar
James O. Fleckner
GOODWIN PROCTOR LLP
Exchange Place
Boston, MA 02109
*admitted pro hac vice*

*Attorneys for the Fidelity Defendants*

</div>
</div>