UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RONALD TUSSEY, *et al.*, )<br>)<br>Plaintiffs; )<br>)<br>v. )<br>)<br>ABB, INC., *et al.*, )<br>)<br>Defendants. ) | Case No. 06-04305-CV-C-NKL |

## NOTICE OF SUBSEQUENT PROCEDURAL HISTORY

The Seventh Circuit Court of Appeals issued an opinion in *George et al. v. Kraft Foods Global, Inc. et al.,* on April 11, 2011, which affirmed in part and reversed in part the District Court's grant of summary judgment. *George et al. v. Kraft Foods Global, Inc.et al.,* __ F.3d __, No. 10-1469 slip op. (7th Cir. April 11, 2011), reh'g en banc denied, No. 10-1469 Doc. 33 (May 26, 2011). A copy of the slip opinion is attached hereto.

Respectfully Submitted,

SCHLICHTER, BOGARD & DENTON

By: /s/ Troy A. Doles
Jerome J. Schlichter
Heather Lea
Troy A. Doles
100 S. Fourth Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (Fax)
jschlichter@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com

ATTORNEYS FOR PLAINTIFFS/
CLASS REPRESENTATIVES
*Ron Tussey, Charles Fisher, and Timothy Pinnell*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Adam B. Walker, Azeez Hayne, Brian Boyle, Brian T. Ortelere, Catherine A. Cugell, Charles Lee Jolley, Gregory C. Braden, Henry D. Fellows, Jr., James O. Fleckner, James S. Dittmar, Jeffrey A. Strgeon, Jeffrey S. Russell, Michael J. Nester, Richard N. Bien, Robert N. Eccles, Shannon Barrett, Stephen D. Brody, Thomas E. Wack, William J. Delany.

                                          /s/ Troy A. Doles