UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RONALD TUSSEY, et al., | |
|     Plaintiffs, | CIVIL ACTION NO. 06-cv-04305-NKL |
| v. | (Judge Nanette K. Laughrey) |
| ABB, INC., et al., | |
|     Defendants. | |

### DEFENDANTS' JOINT REPLY TO PLAINTIFFS' ARGUMENT ON SUPPLEMENTAL AUTHORITY

In response to Defendants' two-sentence Notice of Supplemental Authority (Dkt. # 618), tendering the Seventh Circuit's recent decision in *Loomis v. Exelon Corp.*, 2011 WL 3890453 (7th Cir. Sept. 6, 2011), Plaintiffs have reargued in summary form a series of factual assertions that that appear in their post-trial briefs. *E.g.*, Plaintiffs' Response (Dkt. # 619) at 2 ("kickbacks influenced the selection of the plan's investment options"); *id.* ("excessive fees" allowed "in order to receive below market, discounted, and free corporate services"). In fact, as the Defendants' post-trial briefs make clear, Plaintiffs have proved none of these factual assertions. Defendants' post-trial submissions provide a detailed review of the actual evidence on these points (*see* Dkt. #552 at ¶¶17-118), and Defendants respectfully direct the Court to those prior submissions.

Dated: September 21, 2011                    Respectfully Submitted,


/s/  Richard N. Bien                          /s/  William J. Delany
Richard N. Bien                               Brian T. Ortelere
rbien@lathropgage.com                         bortelere@morganlewis.com
LATHROP & GAGE LLP                            William J. Delany
2345 Grand Boulevard, Suite 2200              wdelany@morganlewis.com
Kansas City, MO 64108                         Azeez Hayne
Telephone:  (816) 292-2000                    ahayne@morganlewis.com
Telecopier:  (816) 292-2001                   Jeffrey A. Sturgeon
                                              jsturgeon@morganlewis.com
M. Randall Oppenheimer                        Melissa D. Hill
roppenheimer@omm.com                          Melissa.hill@morganlewis.com
Robert N. Eccles                              Erica E. Flores
beccles@omm.com                               eflores@morganlewis.com
Brian D. Boyle                                MORGAN, LEWIS & BOCKIUS LLP
bboyle@omm.com                                1701 Market Street
O'MELVENY & MYERS LLP                         Philadelphia, PA 19103
1625 Eye Street, NW                           Telephone:  (215) 963-5000
Washington, DC 20006                          Telecopier:  (215) 963-5001
Telephone:  (202) 383-5300                    *admitted pro hac vice*
Telecopier:  (202) 383-5414
*admitted pro hac vice*                       Jeffrey S. Russell
                                              jsrussell@bryancave.com
James S. Dittmar                              Thomas E. Wack
jdittmar@goodwinprocter.com                   twack@bryancave.com
GOODWIN PROCTER LLP                           BRYAN CAVE LLP
Exchange Place                                211 North Broadway, Suite 3600
Boston, MA 02109                              St. Louis, MO 63102
Telephone:  (617) 570-1000                    Telephone:  (314) 259-2000
Telecopier:  (617) 523-1231                   Telecopier:  (314) 259-2020
*admitted pro hac vice*

*Attorneys for Defendants Fidelity*           *Attorneys for Defendants ABB Inc., John W.*
*Management Trust Company and Fidelity*       *Cutler, Jr., Pension Review Committee of ABB*
*Management & Research Company*               *Inc., Pension & Thrift Management Group of*
                                              *ABB Inc., and the Employee Benefits*
                                              *Committee of ABB Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2011, the foregoing was filed and service made by the Court's Electronic Case Filing (ECF) system to:

| | |
|---|---|
| Jerome J. Schlichter<br>jschlichter@uselaws.com<br>Troy A. Doles<br>tdoles@uselaws.com<br>Heather Lea<br>hlea@uselaws.com<br>SCHLICHTER, BOGARD & DENTON<br>100 South 4th Street, Suite 900<br>St. Louis, MO 63102<br><br>**Attorneys for Plaintiffs** | Brian T. Ortelere<br>bortelere@morganlewis.com<br>William J. Delany<br>wdelany@morganlewis.com<br>Azeez Hayne<br>ahayne@morganlewis.com<br>Jeffrey A. Sturgeon<br>jsturgeon@morganlewis.com<br>Melissa D. Hill<br>Melissa.hill@morganlewis.com<br>Erica E. Flores<br>eflores@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA 19101-2921<br><br>**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.** |

Thomas E. Wack
twack@bryancave.com
Jeffrey S. Russell
jsrussell@bryancave.com
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.**

                                                /s/ *Richard N. Bien*
                                                An Attorney for Fidelity Defendants