UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RONALD TUSSEY, *et al.*, ) | |
| ) | |
| Plaintiffs; ) | |
| ) | |
| v. ) | Case No. 06-04305-CV-C-NKL |
| ) | |
| ABB, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PARTIES' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Come now the parties, and with respect to the briefing on attorneys' fees and costs (Doc. 626), respectfully request that the Court grant them leave to file briefs in excess of those allowed under Local Rule 7.0(f). Specifically, the parties request the following order with respect to the briefing on this issue:

1. Plaintiffs' opening brief shall not be in excess of 25 pages;

2. Defendants' response shall not be in excess of 40 pages total. Defendants may choose to file separate briefs that will not total more than 40 pages together; and,

3. Plaintiffs' reply brief shall not be in excess of 20 pages.

Wherefore, the parties respectfully request that the Court grant them leave to file briefs in excess of those allowed under Local Rule 7.0(f).

1

Respectfully Submitted,

SCHLICHTER, BOGARD & DENTON

By: /s/ Troy A. Doles
Jerome J. Schlichter
Troy A. Doles
Heather Lea
100 S. Fourth Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (Fax)

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS, LLP

By: /s/ William J. Delany (by consent)
William J. Delany
1701 Market Street
Philadelphia, PA 19101-2921

Attorneys for the ABB Defendants

O'MELVENY & MYERS LLP

By: /s/ Brian D. Boyle (by consent)
Brian D. Boyle
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Attorneys for the Fidelity Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Adam B. Walker, Azeez Hayne, Brian Boyle, Brian T. Ortelere, Catherine A. Cugell, Charles Lee Jolley, Gregory C. Braden, Henry D. Fellows, Jr., James O. Fleckner, James S. Dittmar, Jeffrey A. Strgeon, Jeffrey S. Russell, Michael J. Nester, Richard N. Bien, Robert N. Eccles, Shannon Barrett, Stephen D. Brody, Thomas E. Wack, William J. Delany.

/s/ Troy A. Doles