IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RONALD C. TUSSEY, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> ABB, INC., et al., : <br> : <br> Defendants. : <br> : | Case No. 06-cv-04305 (NKL) |

**FIDELITY DEFENDANTS' REQUEST FOR CLARIFICATION OR,
IN THE ALTERNATIVE, MOTION FOR MODIFICATION OF INJUNCTION**

Pursuant to Rule 59 and/or Rule 60 of the Federal Rules of Civil Procedure, Defendants Fidelity Management Trust Company ("Fidelity Trust") and Fidelity Management & Research Company ("Fidelity Research") (collectively "Fidelity" or the "Fidelity Defendants") respectfully request clarification of that portion of the Court's March 31, 2012 Order [Dkt. No. 623] (the "Order") that provides:

> [T]her Court orders that, within 18 months from the date of this Order, ABB utilizes a competitive bidding process, including a request for proposal, to select a new recordkeeper. Fidelity Trust is permitted to take part in this process.
> . . .
> So long as [ABB] serves as a fiduciary to the Plan, ABB shall not use a PRISM recordkeeper to provide any corporate services to ABB.

Order at 79-80.

As set out more fully in the Suggestions filed herewith and as described at trial, Fidelity Trust (or its affiliates) is the trustee and recordkeeper for the PRISM plans, and also provides recordkeeping and other administrative services in connection with multiple defined benefit ("DB") and health and welfare benefit ("H&W") plans sponsored by ABB under a services

agreement between Fidelity and ABB, Inc. ("ABB"). Fidelity seeks clarification that the Order does not prohibit Fidelity Trust or its affiliates from continuing to meet obligations they have with respect to the PRISM Plans and the DB and H&W plans pending ABB's selection of a new PRISM recordkeeper (or a new DB/H&W provider) during the time frame established by the Order (within 18 months). Alternatively, if the Court's injunction as to the use of a PRISM recordkeeper who also provides corporate services is meant to apply before the selection of a new recordkeeper, Fidelity respectfully moves for a modification of the Order to allow Fidelity Trust and its affiliates to continue to perform their contractual services pending a transition to another provider of ABB's selection.

In support of this Request, Fidelity submits herewith its Suggestions of Law in Support of Request for Clarification or, in the Alternative, Motion for Modification of Injunction, and supporting documents.

WHEREFORE, the Fidelity Defendants request that the Court clarify its Order to confirm that Fidelity's current and ongoing provision of services with respect to the PRISM Plans and the DB and H&W plans shall not be deemed conduct in violation of the Order, or, in the alternative, that the Court modify the Order to allow Fidelity to continue to perform its contractual obligations pending transition to another provider, at the direction of ABB, of either Fidelity's PRISM recordkeeping responsibilities or its responsibilities with respect to the DB and H&W plans.

Respectfully submitted this 30th day of April, 2012.

>Respectfully submitted,
>
>/s/ Richard N. Bien
>Richard N. Bien (31398)
>rbien@lathropgage.com
>LATHROP & GAGE LLP
>2345 Grand Boulevard, Suite 2200
>Kansas City, MO 64108
>Telephone: (816) 292-2000
>Telecopier: (816) 292-2001
>
>M. Randall Oppenheimer
>roppenheimer@omm.com
>Robert N. Eccles
>beccles@omm.com
>Brian D. Boyle
>bboyle@omm.com
>O'MELVENY & MYERS LLP
>1625 Eye Street, NW
>Washington, DC 20006
>Telephone: (202) 383-5300
>Telecopier: (202) 383-5414
>*admitted pro hac vice*
>
>James S. Dittmar
>jdittmar@goodwinprocter.com
>James O. Fleckner
>jfleckner@goodwinprocter.com
>GOODWIN PROCTER LLP
>Exchange Place
>53 State Street, Suite 20
>Boston, MA 02109
>Telephone: (617) 570-1000
>Telecopier: (617) 523-1231
>*admitted pro hac vice*
>
>*Attorneys for Defendants Fidelity Management Trust Company and Fidelity Management & Research Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of, April, 2012, the foregoing was filed and service made by the Court's Electronic Case Filing (ECF) system to:

Jerome J. Schlichter
jschlichter@uselaws.com
Troy A. Doles
tdoles@uselaws.com
Heather Lea
hlea@uselaws.com
Mark G. Boyko
mboyko@uselaws.com
SCHLICHTER, BOGARD & DENTON
100 South 4th Street, Suite 900
St. Louis, MO 63102

**Attorneys for Plaintiffs**

Brian T. Ortelere
bortelere@morganlewis.com
William J. Delany
wdelany@morganlewis.com
Azeez Hayne
ahayne@morganlewis.com
Jeffrey A. Sturgeon
jsturgeon@morganlewis.com
Melissa D. Hill
Melissa.hill@morganlewis.com
Erica E. Flores
eflores@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19101-2921

**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.**

Thomas E. Wack
twack@bryancave.com
Jeffrey S. Russell
jsrussell@bryancave.com
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.**

/s/ *Richard N. Bien*
An Attorney for Fidelity Defendants

18742644v1

4