IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **RONALD TUSSEY, et al.,** | |
| **Plaintiffs,** | **CIVIL ACTION NO. 06-cv-04305-NKL** |
| v. | **(Judge Nanette K. Laughrey)** |
| **ABB, INC., et al.,** | |
| **Defendants.** | |

# FIDELITY DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is given that Defendants Fidelity Management Trust Company and Fidelity Management & Research Company hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order, Docket Entry 623, and the Judgment in a Civil Case, Docket Entry 624, both entered on March 31, 2012, including all previous rulings and orders that led up to and served as predicate for the judgment herein.

18743075v1

Respectfully submitted this 30th day of April, 2012.

        Respectfully submitted,

        /s/ Richard N. Bien
        Richard N. Bien (31398)
        rbien@lathropgage.com
        LATHROP & GAGE LLP
        2345 Grand Boulevard, Suite 2200
        Kansas City, MO 64108
        Telephone: (816) 292-2000
        Telecopier: (816) 292-2001

        M. Randall Oppenheimer
        roppenheimer@omm.com
        Robert N. Eccles
        beccles@omm.com
        Brian D. Boyle
        bboyle@omm.com
        O'MELVENY & MYERS LLP
        1625 Eye Street, NW
        Washington, DC 20006
        Telephone: (202) 383-5300
        Telecopier: (202) 383-5414
        *admitted pro hac vice*

        James S. Dittmar
        jdittmar@goodwinprocter.com
        James O. Fleckner
        jfleckner@goodwinprocter.com
        GOODWIN PROCTER LLP
        Exchange Place
        53 State Street, Suite 20
        Boston, MA 02109
        Telephone: (617) 570-1000
        Telecopier: (617) 523-1231
        *admitted pro hac vice*

        *Attorneys for Defendants Fidelity*
        *Management Trust Company and Fidelity*
        *Management & Research Company*

18743075v1

2

Case 2:06-cv-04305-NKL   Document 633   Filed 04/30/12   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of, April, 2012, the foregoing was filed and service made by the Court's Electronic Case Filing (ECF) system to:

Jerome J. Schlichter
jschlichter@uselaws.com
Troy A. Doles
tdoles@uselaws.com
Heather Lea
hlea@uselaws.com
Mark G. Boyko
mboyko@uselaws.com
SCHLICHTER, BOGARD & DENTON
100 South 4th Street, Suite 900
St. Louis, MO 63102

**Attorneys for Plaintiffs**

Brian T. Ortelere
bortelere@morganlewis.com
William J. Delany
wdelany@morganlewis.com
Azeez Hayne
ahayne@morganlewis.com
Jeffrey A. Sturgeon
jsturgeon@morganlewis.com
Melissa D. Hill
Melissa.hill@morganlewis.com
Erica E. Flores
eflores@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19101-2921

**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.**

Thomas E. Wack
twack@bryancave.com
Jeffrey S. Russell
jsrussell@bryancave.com
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Attorneys for Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc., and the Employee Benefits Committee of ABB Inc.**

/s/ *Richard N. Bien*
An Attorney for Fidelity Defendants