IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| RONALD C. TUSSEY, et al., | : | |
| Plaintiffs, | : | Case No. 2:06-cv-04305 (NKL) |
| v. | : | |
| ABB, INC., et al., | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc. and Employee Benefits Committee of ABB Inc. (collectively, the "ABB Defendants"), by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the following Judgment and Orders in the above-captioned matter:

1. Judgment against ABB Defendants entered April 1, 2012 (Docket 624).

2. Order and Memorandum entered April 1, 2012 (Docket 623).

3. Order, Minute Entry, and Transcript of December 7, 2009 proceedings, entered on December 8, 2009 (*see* Docket 470).

4. Order and Memorandum entered on December 3, 2007, granting Plaintiffs' Motion to Certify a Class (Docket 183).

Dated: April 30, 2012

                                                        Respectfully submitted,

                                                        /s/ William J. Delany
                                                        William J. Delany

Brian T. Ortelere
Azeez Hayne
Jeffrey Sturgeon
Melissa D. Hill
Erica E. Flores
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5150
Facsimile: (215) 963-5001
*admitted pro hac vice*

Thomas E. Wack
Jeffrey S. Russell
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorneys for The ABB Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal by Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc. and Employee Benefits Committee of ABB Inc. (collectively, the "ABB Defendants"), was filed electronically and can be accessed through the Court's electronic filing system by the following individuals on this 30th day of April, 2012:

Jerome J. Schlichter
Daniel V. Conlisk
Heather Lea
Mark G. Boyko
Schlichter, Bogard & Denton LLP
100 South 4th Street, Suite 900
St. Louis, MO 63102
*Attorneys for Plaintiffs*

Richard N. Bien
Adam B. Walker
Lathrop & Gage, L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108

Bob Eccles
Stephen D. Brody
Brian Boyle
O'Melveny & Myers LLP
1625 I Street, NW
Washington, DC 20006

James S. Dittmar
James O. Fleckner
Goodwin Procter
53 State Street
Exchange Place
Boston, MA 02109
*Attorneys for Defendants Fidelity Management Trust Company and Fidelity Management & Research Company*

/s/ William J. Delany