IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| RONALD C. TUSSEY, et al., | : | |
| Plaintiffs, | : | Case No. 2:06-cv-04305 (NKL) |
| v. | : | |
| ABB, INC., et al., | : | |
| Defendants. | : | |

## ABB DEFENDANTS' MOTION
## TO CLARIFY OR MODIFY INJUNCTION

Pursuant to Fed. R. Civ. P. 60(b)(6), Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc. and Employee Benefits Committee of ABB Inc. (collectively, the "ABB Defendants" or "ABB"), by their undersigned counsel, hereby move the Court to clarify or, in the alternative, modify the terms of the injunction granted by the Court in its Order, dated March 31, 2012. (*See* Dkt. No. 623.) For the reasons set forth in the accompanying Suggestions of Law, such relief is justified as it will avoid unnecessary harm to participants in ABB's defined benefit and health and welfare plans. Accordingly, ABB respectfully requests that the Court grant the instant Motion.

Dated: April 30, 2012                                 Respectfully submitted,

                                                      /s/ William J. Delany
                                                     Brian T. Ortelere
                                                     William J. Delany
                                                     Azeez Hayne
                                                     Jeffrey Sturgeon
                                                     Melissa D. Hill
                                                     Erica E. Flores
                                                     MORGAN, LEWIS & BOCKIUS LLP

1

1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5150
Facsimile: (215) 963-5001
*admitted pro hac vice*

Thomas E. Wack
Jeffrey S. Russell
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorneys for The ABB Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Clarify or Modify Injunction and supporting Suggestions of Law by Defendants ABB Inc., John W. Cutler, Jr., Pension Review Committee of ABB Inc., Pension & Thrift Management Group of ABB Inc. and Employee Benefits Committee of ABB Inc. (collectively, the "ABB Defendants"), were filed electronically and can be accessed through the Court's electronic filing system by the following individuals on this 30th day of April, 2012:

Jerome J. Schlichter
Daniel V. Conlisk
Heather Lea
Mark G. Boyko
Schlichter, Bogard & Denton LLP
100 South 4th Street, Suite 900
St. Louis, MO 63102
*Attorneys for Plaintiffs*

Richard N. Bien
Adam B. Walker
Lathrop & Gage, L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108

Bob Eccles
Stephen D. Brody
Brian Boyle
O'Melveny & Myers LLP
1625 I Street, NW
Washington, DC 20006

James S. Dittmar
James O. Fleckner
Goodwin Procter
53 State Street
Exchange Place
Boston, MA 02109
*Attorneys for Defendants Fidelity Management Trust Company and Fidelity Management & Research Company*

/s/ William J. Delany