U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption:** Ronald Tussey, et al v ABB, Inc., et al.   **Case No.:** 2:06-cv-4305-NKL

**Appellant:**

Fidelity Management & Research Company

**Attorney(s):**

**M. Randall Oppenheimer**
O'Melveny & Mywea
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
(310) 246-6722
Fax: (310) 246-6779
Email: roppenheimer@omm.com

**Benjamin G. Bradshaw**
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006
(202) 383-5300
Email: bbradshaw@omm.com

**Adam J. Coates**
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006
(202) 383-5501
Email: acoates@omm.com

**Stephen D. Brody**
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
202-383-5167
Fax: 202-383-5414
Email: sbrody@omm.com

**Shannon Barrett**
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5313
Fax: (202) 383-5414
Email: sbarrett@omm.com

**Robert N. Eccles**
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5313
Fax: (202) 383-5414
Email: beccles@omm.com

**Richard N Bien**
Lathrop & Gage LLP
2345 Grand Blvd.
Ste. 2200
Kansas City, MO 64108
(816)292-2000
Fax: (816) 292-2001
Email: rbien@lathropgage.com

**James O. Fleckner**
Goodwin Procter LLP
53 State Street, Exchange Place
Boston, MA 02109
(617) 570-1000
Fax: (617) 523-1231
Email: jfleckner@goodwinprocter.com

**James S. Dittmar**
Goodwin, Procter, LLP
Exchange Place
53 State Street
Suite 20
Boston, MA 02109
(617) 570-1944
Fax: (617) 227-8591
Email: jdittmar@goodwinprocter.com

**Brian Boyle**
O' Melveny & Myers
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5313
Fax: (202) 383-5414
Email: bboyle@omm.com

**Adam B. Walker**
Lathrop & Gage LLP - KCMO
2345 Grand Avenue
Suite 2200
Kansas City, MO 64108-2618
(816) 292-2000
Fax: (816) 292-2001

**Appellee:**

Ron Tussey
Charles Fisher
Timothy Herndron
Timothy Pinnell

**Attorney(s):**

**Heather Lea**
Schlichter, Bogard & Denton
100 South 4th Street
Suite 900
St. Louis, MO 63102
(314) 621-6115
Fax: 314-621-7151
Email: hlea@uselaws.com

**Jerome J. Schlichter**
Schlichter, Bogard & Denton
100 South 4th Street
Suite 900
St. Louis, MO 63102
(314) 621-6115
Fax: (314)621-7151
Email: jschlichter@uselaws.com

**Mark G. Boyko**
Schlichter, Bogard & Denton
100 South 4th Street
Suite 900
St. Louis, MO 63102
(314) 621-6115
Email: mboyko@uselaws.com

**Troy A Doles**
Schlichter, Bogard & Denton
100 South Fourth Street
Suite 900
St Louis, MO 63102
(314)621-6115
Fax: (314) 621-7151
Email: tdoles@uselaws.com

**Court Reporter(s):**

Katie Wirt
816-512-5608

**Please return files and documents to**:

U.S. District Court
80 Lafayette St
Jefferson City, MO 65101

**Person to contact about the appeal:**

**Tania Lock**

| Length of Trial: | Fee: | IFP: | Pending IFP Mot. |
|---|---|---|---|
| 16 days | $455.00 paid | No | |

| Counsel: | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| | YES | NO | NO |

**Criminal Cases/Prisoner Pro Se Cases only:**

**Is defendant incarcerated?** **Where?**

| | |
|---|---|

**Please list all other defendants in this case if there were multiple defendants**

Special Comments: