IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| RONALD TUSSEY, ET AL. | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:06-CV-04305-NKL |
| ABB, INC., et al., | ) | |
| Defendants. | ) | |

**ORDER**

Pending before the Court is a Motion for Approval of Supersedeas Bond and to Stay Execution of the Judgments on Appeal [Doc. #724] by Defendants Fidelity Management Trust Company and Fidelity Management & Research Company ("Fidelity Defendants"). Fidelity Defendants have moved the Court to approve the posting of a supersedeas bond in the amount of Two Million Dollars and 00/100 ($2,000,000), and to stay execution of the monetary portion of the Judgments [Docs. ## 624, 719] on appeal. Fidelity Defendants have indicated that Plaintiffs' counsel approves the amount of the bond and the stay of execution of the monetary portion of the Judgments.

The Court hereby GRANTS Fidelity Defendants' Motion. Execution of the monetary portion of the Judgments [Docs. ## 624, 719] is stayed pending appeal. Fidelity Defendants shall electronically file their appeal bond on or before November 28, 2012.

1

                                          <u>s/ Nanette K. Laughrey</u>
                                          NANETTE K. LAUGHREY
                                          United States District Judge

Dated: <u>December 10, 2012</u>
Jefferson City, Missouri