UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RONALD TUSSEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 06-04305-CV-C-NKL |
| | ) |
| ABB, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' AMENDED MOTION FOR ATTORNEY FEES**

Pursuant to this Court's order of July 9, 2015 and Federal Rule of Civil Procedure 54(d)(2), Plaintiffs move for an award of attorney fees under 29 U.S.C. §1132(g)(1). Plaintiffs request that the Court award Class Counsel, Schlichter, Bogard & Denton, attorneys' fees of $10,978,474 for time through trial, and $1,333,392 for time on appeal, for a total of $12,311,866. In support of this motion, Plaintiffs submit their memorandum in support, along with Declarations of Troy A. Doles and Stewart Brown, Ph.D., CFA. For the reasons set forth in the memorandum, Plaintiffs' motion should be granted.

August 10, 2015

Respectfully Submitted,

SCHLICHTER, BOGARD & DENTON LLP

By: /s/ Jerome J. Schlichter
Jerome J. Schlichter
Troy A. Doles
Heather Lea
100 S. Fourth Street
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (Fax)
jschlichter@uselaws.com

ATTORNEYS FOR PLAINTIFFS/
CLASS REPRESENTATIVES
*Ron Tussey, Charles Fisher, and Timothy Pinnell*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties of record.

/s/ Jerome J. Schlichter