IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

RONALD TUSSEY, et al.,

               Plaintiffs,

v.

ABB, INC., et al.,

               Defendants.

Case No.: 06-CV-04305-NKL

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND INCENTIVE AWARDS FOR NAMED PLAINTIFFS**

Under Federal Rules of Civil Procedure 23(h) and 54(d)(2), Plaintiffs move that the Court approve an attorneys' fee award to Class Counsel of $18,333,333 (one-third of the monetary recovery), reimburse Class Counsel's reasonable litigation expenses of $2,256,805, and grant incentive awards of $25,000 each to the Named Plaintiffs Ronald Tussey, Charles Fisher and Timothy Pinnell for pursuing this action, which is customary in these types of cases.

This is a historic case which has had a profound effect on not only ABB employees and retirees, but on America's retirement system – the 401(k) Plan. But for Class Counsel's pioneering excessive fee litigation, there had been no enforcement of ERISA's stringent fiduciary responsibilities as it relates to fees charged to defined contribution plan participants. No other law firm or the Department of Labor has been willing to devote the resources necessary to successfully prosecute these types of cases or been willing to endure the risk of nonpayment. This settlement provides an exceptional result for the class and resolves over 12 years of contentious litigation. The $55 million settlement fund will return significant sums to employees and retirees of ABB, Inc. ("ABB"), which, at a class member level, will be able to be estimated after the settlement process moves forward. To achieve this important and substantial relief for the class, Class Counsel incurred immense risk, and massive expenditures of time and expense,

litigating the case without compensation or reimbursement for over 12 years—including 28,000 hours of time and $2,256,805 in advanced costs

In support of this motion, Plaintiffs submit their memorandum in support, along with Declarations of Jerome J. Schlichter and Sheri O'Gorman. For the reasons set forth in the memorandum, Plaintiffs' motion should be granted.

June 14, 2019                          Respectfully Submitted,

                                       SCHLICHTER, BOGARD & DENTON LLP

                                       By:/s/ Jerome J. Schlichter _____
                                           Jerome J. Schlichter
                                           Troy A. Doles
                                           Heather Lea
                                           100 S. Fourth Street, Ste. 1200
                                           St. Louis, Missouri 63102
                                           (314) 621-6115
                                           (314) 621-7151 (Fax)
                                           jschlichter@uselaws.com
                                           tdoles@uselaws.com
                                           hlea@uselaws.com

                                           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties of record.

                                       /s/ Jerome J. Schlichter _____

2