IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RONALD TUSSEY, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ABB, INC., et al.,<br><br>        Defendants. | Case No.: 06-CV-04305-NKL |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

    Plaintiffs move this Court for final approval of the Class Action Settlement and move the Court for the entry of the submitted proposed Final Order. The ABB Defendants do not oppose this motion.

    For Plaintiffs' part, this motion is supported by Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Settlement (Doc. 860), this Court's Order preliminarily approving this Settlement (Doc. 861), Plaintiffs' Memorandum in Support of Motion for Attorneys' Fees, Reimbursement of Expenses, and Incentive Award for Named Plaintiffs (Doc. 864), the Declaration of Christopher D. Amundson, Project Manager at Analytics Consulting, LLC, the Statement of Newport Trust Company serving as the Independent Fiduciary, approving the Settlement, including attorneys' fees and expenses (attached to Plaintiffs' Memorandum as Exhibit 1), as well as Plaintiffs' accompanying memorandum in support of this motion.

    ABB Defendants have not joined in the accompanying memorandum filed by Plaintiffs in support of this motion.

## CONCLUSION

For these reasons, and those set forth in Plaintiffs' accompanying memorandum in support, Plaintiffs respectfully request that this motion be granted.

Respectfully submitted,

July 30, 2019

s/Jerome J. Schlichter
Jerome J. Schlichter
Troy A. Doles
Heather Lea
Schlichter Bogard & Denton LLP
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-7151 (fax)
jschlichter@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties of record.

/s/ Jerome J. Schlichter